MORGAN, LEWIS & BOCKIUS LLP
Megan A. Suehiro, Bar No. 316104
megan.suehiro@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

J. Gordon Cooney, Jr., *pro hac vice* forthcoming
gordon.cooney@morganlewis.com
Franco A. Corrado, *pro hac vice* forthcoming
franco.corrado@morganlewis.com
2222 Market Street
Philadelphia, PA  19103-3007
Tel:   +1.215.963.5000
Fax:   +1.215.963.5001

Attorneys for Defendant
GLAXOSMITHKLINE CONSUMER
HEALTHCARE HOLDINGS (US) LLC, now
known as Haleon US Holdings LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN WONG *and* JIMY RUI, *individually and on behalf of all those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC d/b/a Haleon, *a Delaware limited liability company*,<br><br>Defendant. | Case No. 3:24-cv-00943-LL-AHG<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**<br><br>[*Memorandum of Points and Authorities; Declaration of Megan A. Suehiro filed concurrently herewith*]<br><br>Date: September 3, 2024<br>Judge: Hon. Linda Lopez<br>Courtroom: 5D<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT'S NOTICE OF
MOTION TO DISMISS
CASE NO. 3:24-CV-00943-LL-AHG

**PLEASE TAKE NOTICE** that on September 3, 2024, or as soon thereafter as the matter may be heard, in Courtroom 5D of the above-entitled Court, located at the Edward J. Schwartz Courthouse, 221 West Broadway, San Diego, CA 92101, Defendant GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, now known as Haleon US Holdings LLC ("Haleon"), will and hereby does move the Court to dismiss Plaintiffs' Class Action Complaint. This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Megan A. Suehiro and exhibit attached thereto, and such other evidence and argument as is presented to the Court before or at the hearing on the Motion.

Counsel for Defendant contacted Plaintiffs' counsel by email on July 29, 2024 setting forth the grounds for this Motion and offering to confer. The Parties are familiar with the issues and arguments raised by this Motion because they are substantially similar to the arguments in Haleon's motions to dismiss in the related action *Jacob Scheibe v. GlaxoSmithKline Consumer Healthcare Holdings (US) LLC*, No. 3:23-cv-00026-BTM-BLM (S.D. Cal.), in which the same counsel representing Plaintiffs in this action was counsel of record for plaintiff and filed a brief in opposition. In the event that the Parties are able to resolve any issues raised by this Motion, Haleon will file on or before August 6, 2024, a notice indicating the results of the further conferral.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT'S NOTICE OF
MOTION TO DISMISS
CASE NO. 3:24-CV-00943-LL-AHG

| | | |
|---|---|---|
| Dated: | July 30, 2024 | MORGAN, LEWIS & BOCKIUS LLP |
| | | By  */s/ Megan A. Suehiro*<br>Megan A. Suehiro |
| | | Attorneys for Defendant GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, now known as Haleon US Holdings LLC |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT'S NOTICE OF
MOTION TO DISMISS
CASE NO. 3:24-CV-00943-LL-AHG