# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allan Wong, individually and on behalf of all those similarly situated ; Jimy Ruiz ,individually and on behalf of all **Plaintiff,**<br>V.<br>GlaxoSmithKline Consumer Healthcare Holdings (US) LLC ,a Delaware limited liability company doing business as **Defendant.** | Case No.  24-cv-00943-LL-AHG<br><br>**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE** |

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:   "Low-Numbered Case No.:   23-cv-00026-BTM-BLM

Title:   Scheibe v. Alacer Corporation

Nature of Case:   28:1332 Diversity Action

The above "low-numbered" case and the present case appear:

- ☒ (1) to arise from the same or substantially identical transactions, happenings or events; or
- ☒ (2) involve the same or substantially the same parties or property; or
- ☐ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- ☐ (4) call for determination of the same or substantially identical questions of law; or
- ☐ (5) where a case is refiled within one year of having previously been terminated by the Court; or
- ☒ (6) for other reasons would entail unnecessary duplication of labor if heard by different judges.

**New Case #:**   24-cv-00943-BTM-BLM

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:   7/30/24       By:  s/ D.Frank

D.Frank, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:   August 1, 2024

Barry Ted Moskowitz
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Barry Ted Moskowitz and Magistrate Judge Barbara Lynn Major for all further proceedings.

Dated:   8/1/24

Linda Lopez
United States District Judge