UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMY RUIZ and ALLAN WONG, *individually and on behalf of all those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC *d/b/a Haleon, a Delaware limited liability company*,<br><br>Defendant. | Case No.:  3:24-cv-00943-BTM-BLM<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i) AND DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT AS MOOT** |

//
//

1

     Having fully considered Plaintiffs' Notice of Voluntary Dismissal made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby dismisses without prejudice the operative complaint and all claims therein.  Defendant's Motion to Dismiss Plaintiffs' Class Action Complaint is denied as moot.  (ECF No. 5.)  Each party shall bear their own respective fees and costs.  The clerk shall close the case.

     **IT IS SO ORDERED.**

Dated: August 21, 2024

*/s/ Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge